Opinion approved by the Court.

## MALONE v. STATE.
### No. 25582.

Court of Criminal Appeals of Texas.
Dec. 19, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area; the punishment, a fine of $250.00.

There are no bills of exception in the record.

The complaint and information appear regular on their face; and nothing being presented for review, the judgment of the trial court is affirmed.